# Exhibit 3

12/02/2018



# 3G LICENSING PATENT BROCHURE

The information below is published by 3G Licensing, which is non-exhaustive, not limiting, nor restrictive.

The version of the technical specifications disclosed are to be considered as an example, for instance previous or following versions of such specifications may be as well relevant. Furthermore the claims of the mentioned patents may also be essential to other technologies. Please note that specifications and Section other than those disclosed below may also be related to the listed patent families.

Please also note that the license offered may include patent applications and/or patents that are not (yet) listed in this brochure, as they still may be in prosecution or under evaluation for essentiality. This brochure, may also include patents that may have lapsed/expired or may lapse/expire during the terms of any license offer, which only require royalties for past use during the corresponding terms of such patents. The existence of patent applications being granted and/or patents being lapsed/expired during the term of a license agreement has been accounted in the rates offered under any of the relevant license offers

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| KPN001 | KPN | US 5528629 | | 5 | 3GPP TS 26.090 | ISLD-200107-003 | 27/08/1991 |
| | | | JP 2640595 | | | | 10/09/1991 |
| | | | CA 2050979 | | | | 09/09/1991 |
| | | | AT (EP) 0475520 | | | | 06/09/1991 |
| | | | BE (EP) 0475520 | | | | 06/09/1991 |
| | | | CH (EP) 0475520 | | | | 06/09/1991 |
| | | | DE (EP) 0475520 | | | | 06/09/1991 |
| | | | DK (EP) 0475520 | | | | 06/09/1991 |
| | | | ES (EP) 0475520 | | | | 06/09/1991 |
| | | | FI (EP) 0475520 | | | | 06/09/1991 |
| | | | FR (EP) 0475520 | | | | 06/09/1991 |
| | | | GB (EP) 0475520 | | | | 06/09/1991 |
| | | | NL (EP) 0475520 | | | | 06/09/1991 |
| | | | NO (EP) 0475520 | | | | 06/09/1991 |
| | | | PT (EP) 0475520 | | | | 06/09/1991 |
| | | | SE (EP) 0475520 | | | | 06/09/1991 |
| KPN002 | KPN | US 5930250 | | 1, 10 | 3GPP TS 23.140 | ISLD-201504-002 | 04/09/1996 |
| | | | AU 709087 | | | | 06/09/1996 |
| | | | DE (EP) 1814352 | | | | 09/09/1996 |
| | | | FR (EP) 1814352 | | | | 09/09/1996 |
| | | | GB (EP) 1814352 | | | | 09/09/1996 |
| | | | NL (EP) 1814352 | | | | 09/09/1996 |
| KPN003 | KPN | US 5960365 | | 14, 24 | 3GPP TS 43.318 3GPP TS 23.261 | ISLD-201203-015 | 31/08/1994 |
| | | | CH (EP) 0716796 | | | | 31/08/1994 |
| | | | DE (EP) 0716796 | | | | 31/08/1994 |
| | | | FR (EP) 0716796 | | | | 31/08/1994 |
| | | | GB (EP) 0716796 | | | | 31/08/1994 |
| | | | NL (EP) 0716796 | | | | 31/08/1994 |
| | | | SE (EP) 0716796 | | | | 31/08/1994 |
| KPN004 | KPN | US 6212662 | | 1 | 3GPP TS 25.212 | ISLD-201202-010 | 26/06/1996 |
| | | | US 5978959 | | | | 26/06/1996 |
| | | | DE (EP) 0751643 | | | | 26/06/1996 |
| | | | FR (EP) 0751643 | | | | 26/06/1996 |
| | | | GB (EP) 0751643 | | | | 26/06/1996 |
| | | | NL (EP) 0751643 | | | | 26/06/1996 |

COMPLAINT - EX. 3
PAGE 64

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| KPN005 | KPN | EP 0785692 | | 1 | 3GPP TS 25.211 V10.0.0<br>3GPP TS 23.261 V10.2.0<br>3GPP TS 23.060 V10.14.0<br>3GPP TS 24.312 V10.7.0 | ISLD-201507-026 | 29/10/1996 |
| | | | ES (EP) 0785692 | | | | 29/10/1996 |
| | | | FR (EP) 0785692 | | | | 29/10/1996 |
| | | | UK (EP) 0785692 | | | | 29/10/1996 |
| | | | NL (EP) 0785692 | | | | 29/10/1996 |
| | | | SE (EP) 0785692 | | | | 29/10/1996 |
| KPN006 | KPN | CN101960886 | | 1 | 3GPP TS 23.060<br>3GPP TS 24.008 | ISLD-201304-008<br>ISLD-201304-010 | 19/02/2009 |
| | | | US 9014667 | | | | 19/02/2009 |
| | | | US 9247426 | | | | 19/02/2009 |
| | | | US 9253637 | | | | 19/02/2009 |
| | | | KR 10-1231986 | | | | 19/02/2009 |
| | | | JP 5308459 | | | | 19/02/2009 |
| | | | JP 5684323 | | | | 19/02/2009 |
| | | | JP 5841566 | | | | 19/02/2009 |
| | | | AT (EP) 2250835 | | | | 19/02/2009 |
| | | | BE (EP) 2250835 | | | | 19/02/2009 |
| | | | CH (EP) 2250835 | | | | 19/02/2009 |
| | | | DE (EP) 2250835 | | | | 19/02/2009 |
| | | | DK (EP) 2250835 | | | | 19/02/2009 |
| | | | ES (EP) 2250835 | | | | 19/02/2009 |
| | | | FI (EP) 2250835 | | | | 19/02/2009 |
| | | | FR (EP) 2250835 | | | | 19/02/2009 |
| | | | GB (EP) 2250835 | | | | 19/02/2009 |
| | | | IE (EP) 2250835 | | | | 19/02/2009 |
| | | | IS (EP) 2250835 | | | | 19/02/2009 |
| | | | IT (EP) 2250835 | | | | 19/02/2009 |
| | | | NL (EP) 2250835 | | | | 19/02/2009 |
| | | | PL (EP) 2250835 | | | | 19/02/2009 |
| | | | SE (EP) 2250835 | | | | 19/02/2009 |
| | | | DE (EP) 2337403 | | | | 19/02/2009 |
| | | | FI (EP) 2337403 | | | | 19/02/2009 |
| | | | FR (EP) 2337403 | | | | 19/02/2009 |
| | | | GB (EP) 2337403 | | | | 19/02/2009 |
| | | | NL (EP) 2337403 | | | | 19/02/2009 |
| | | | SE (EP) 2337403 | | | | 19/02/2009 |
| KPN007 | KPN | JP 4987126 | | 11 | 3GPP TS 26.237 | ISLD-201401-007 | 22/12/2008 |
| | | | US 8549151 | | | | 22/12/2008 |
| | | | CN 101953136 | | | | 22/12/2008 |
| | | | IN 273904 | | | | 22/12/2008 |
| KPN008 | KPN | CN 102960015 | | 11, 13 | 3GPP TS 37.320 V10.4.0 | TBD | 16/12/2010 |
| | | | JP 5536230 | | | | 16/12/2010 |
| | | | US 8626175 | | | | 16/12/2010 |
| | | | DE (EP) 2517495 | | | | 16/12/2010 |
| | | | ES (EP) 2517495 | | | | 16/12/2010 |
| | | | FI (EP) 2517495 | | | | 16/12/2010 |
| | | | FR (EP) 2517495 | | | | 16/12/2010 |

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | GB (EP) 2517495 | | | | 16/12/2010 |
| | | | NL (EP) 2517495 | | | | 16/12/2010 |
| | | | PL (EP) 2517495 | | | | 16/12/2010 |
| | | | SE (EP) 2517495 | | | | 16/12/2010 |
| KPN009 | KPN | CN 102356623 | | 17 | 3GPP TS 23.371 V12.4.0 | TBD | 19/01/2010 |
| | | | JP 5436577 | | | | 19/01/2010 |
| | | | KR 10-1287322 | | | | 19/01/2010 |
| KPN010 | KPN | JP 5600176 | | 14 | 3GPP TS 25.304 V10.7.0<br>3GPP TS 25.484 V10.2.0<br>3GPP TS 25.331 V10.6.0 | ISLD-201606-002<br>ISLD-201606-003 | 05/10/2010 |
| | | | US 8660560 | | | | 05/10/2010 |
| | | | DE (EP) 2486750 | | | | 05/10/2010 |
| | | | ES (EP) 2486750 | | | | 05/10/2010 |
| | | | FI (EP) 2486750 | | | | 05/10/2010 |
| | | | FR (EP) 2486750 | | | | 05/10/2010 |
| | | | GB (EP) 2486750 | | | | 05/10/2010 |
| | | | NL (EP) 2486750 | | | | 05/10/2010 |
| | | | PL (EP) 2486750 | | | | 05/10/2010 |
| | | | SE (EP) 2486750 | | | | 05/10/2010 |
| | | | | | | | |
| MEL001 | MELCO | EP 1187358 | | 1, 3 | 3GPP TS 25.212 V.5.3.0 (Sections 3.1, 4.4; Figures 11)<br>3GPP TS 25.214 V.5.4.0 (Sections 5.1, 5.1.2.1, 5.1.2.2, 5.1.2.2.1, 5.1.2.2.2, 5.1.2.2.1, 5.1.2.3) | ISLD-200304-006 | 22/03/2004 |
| | | | CA 2459322 | | | | 22/03/2004 |
| | | | CA 2459325 | | | | 22/03/2004 |
| | | | CN ZL99806583.8 | | | | 05/03/1999 |
| | | | CN ZL200310119660.3 | | | | 27/11/2003 |
| | | | CN ZL200310119655.2 | | | | 27/11/2003 |
| | | | CN ZL200610093441.6 | | | | 29/06/2006 |
| | | | CN ZL200610101672.7 | | | | 29/06/2006 |
| | | | CN ZL200710004467.3 | | | | 15/01/2007 |
| | | | CN ZL200710004466.9 | | | | 15/01/2007 |
| | | | CN ZL200810005850.5 | | | | 31/01/2008 |
| | | | CN ZL200810005842.0 | | | | 31/01/2008 |
| | | | DE (EP) 1184992 | | | | 27/11/2001 |
| | | | ES (EP) 1184992 | | | | 27/11/2001 |
| | | | FR (EP) 1184992 | | | | 27/11/2001 |
| | | | GB (EP) 1184992 | | | | 27/11/2001 |
| | | | IT (EP) 1184992 | | | | 27/11/2001 |
| | | | DE (EP) 1187358 | | | | 27/11/2001 |
| | | | ES (EP) 1187358 | | | | 27/11/2001 |
| | | | FI (EP) 1187358 | | | | 27/11/2001 |
| | | | FR (EP) 1187358 | | | | 27/11/2001 |
| | | | GB (EP) 1187358 | | | | 27/11/2001 |
| | | | IT (EP) 1187358 | | | | 27/11/2001 |
| | | | PT (EP) 1187358 | | | | 27/11/2001 |
| | | | SE (EP) 1187358 | | | | 27/11/2001 |
| | | | DE (EP) 1460774 | | | | 04/06/2004 |
| | | | ES (EP) 1460774 | | | | 04/06/2004 |
| | | | FR (EP) 1460774 | | | | 04/06/2004 |

Subject to US FRE 408 (or equivalent local regulation)

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | GB (EP) 1460774 | | | | 04/06/2004 |
| | | | IT (EP) 1460774 | | | | 04/06/2004 |
| | | | DE (EP) 1612960 | | | | 15/07/2005 |
| | | | ES (EP) 1612960 | | | | 15/07/2005 |
| | | | FR (EP) 1612960 | | | | 15/07/2005 |
| | | | GB (EP) 1612960 | | | | 15/07/2005 |
| | | | IT (EP) 1612960 | | | | 15/07/2005 |
| | | | DE (EP) 1689089 | | | | 26/04/2006 |
| | | | FR (EP) 1689089 | | | | 26/04/2006 |
| | | | GB (EP) 1689089 | | | | 26/04/2006 |
| | | | DE (EP) 1699141 | | | | 26/04/2006 |
| | | | FR (EP) 1699141 | | | | 26/04/2006 |
| | | | GB (EP) 1699141 | | | | 26/04/2006 |
| | | | DE (EP) 1830476 | | | | 18/06/2007 |
| | | | FR (EP) 1830476 | | | | 18/06/2007 |
| | | | GB (EP) 1830476 | | | | 18/06/2007 |
| | | | DE (EP) 1830475 | | | | 18/06/2007 |
| | | | FR (EP) 1830475 | | | | 18/06/2007 |
| | | | GB (EP) 1830475 | | | | 18/06/2007 |
| | | | DE (EP) 1830478 | | | | 18/06/2007 |
| | | | FR (EP) 1830478 | | | | 18/06/2007 |
| | | | GB (EP) 1830478 | | | | 18/06/2007 |
| | | | DE (EP) 1830477 | | | | 18/06/2007 |
| | | | FR (EP) 1830477 | | | | 18/06/2007 |
| | | | GB (EP) 1830477 | | | | 18/06/2007 |
| | | | DE (EP) 1921766 | | | | 31/01/2008 |
| | | | FR (EP) 1921766 | | | | 31/01/2008 |
| | | | GB (EP) 1921766 | | | | 31/01/2008 |
| | | | DE (EP) 1921767 | | | | 31/01/2008 |
| | | | FR (EP) 1921767 | | | | 31/01/2008 |
| | | | GB (EP) 1921767 | | | | 31/01/2008 |
| | | | DE (EP) 1921768 | | | | 31/01/2008 |
| | | | FR (EP) 1921768 | | | | 31/01/2008 |
| | | | GB (EP) 1921768 | | | | 31/01/2008 |
| | | | DE (EP) 1921769 | | | | 31/01/2008 |
| | | | FR (EP) 1921769 | | | | 31/01/2008 |
| | | | GB (EP) 1921769 | | | | 31/01/2008 |
| | | | DE (EP) 1921759 | | | | 31/01/2008 |
| | | | FR (EP) 1921759 | | | | 31/01/2008 |
| | | | GB (EP) 1921759 | | | | 31/01/2008 |
| | | | DE (EP) 1912342 | | | | 31/01/2008 |
| | | | FR (EP) 1912342 | | | | 31/01/2008 |
| | | | GB (EP) 1912342 | | | | 31/01/2008 |
| | | | DE (EP) 1921761 | | | | 31/01/2008 |
| | | | FR (EP) 1921761 | | | | 31/01/2008 |
| | | | GB (EP) 1921761 | | | | 31/01/2008 |
| | | | DE (EP) 1921760 | | | | 31/01/2008 |
| | | | FR (EP) 1921760 | | | | 31/01/2008 |
| | | | GB (EP) 1921760 | | | | 31/01/2008 |
| | | | DE (EP) 1921763 | | | | 31/01/2008 |

Subject to US FRE 408 (or equivalent local regulation)

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | FR (EP) 1921763 | | | | 31/01/2008 |
| | | | GB (EP) 1921763 | | | | 31/01/2008 |
| | | | DE (EP) 1921762 | | | | 31/01/2008 |
| | | | FR (EP) 1921762 | | | | 31/01/2008 |
| | | | GB (EP) 1921762 | | | | 31/01/2008 |
| | | | DE (EP) 1921765 | | | | 31/01/2008 |
| | | | FR (EP) 1921765 | | | | 31/01/2008 |
| | | | GB (EP) 1921765 | | | | 31/01/2008 |
| | | | DE (EP) 1921764 | | | | 31/01/2008 |
| | | | FR (EP) 1921764 | | | | 31/01/2008 |
| | | | GB (EP) 1921764 | | | | 31/01/2008 |
| | | | HK 1099970 | | | | 25/05/2007 |
| | | | IN 241555 | | | | 10/06/2004 |
| | | | IN 219693 | | | | 10/06/2004 |
| | | | JP 03320710 | | | | 03/10/2001 |
| | | | JP 03320711 | | | | 03/10/2001 |
| | | | JP 03293819 | | | | 03/10/2001 |
| | | | JP 03847654 | | | | 10/04/2002 |
| | | | JP 04307960 | | | | 20/11/2003 |
| | | | JP 04437793 | | | | 24/02/2006 |
| | | | JP 04437813 | | | | 22/12/2006 |
| | | | JP 04437814 | | | | 22/12/2006 |
| | | | JP 04437830 | | | | 16/11/2007 |
| | | | JP 04437831 | | | | 16/11/2007 |
| | | | JP 04338752 | | | | 16/11/2007 |
| | | | JP 04338753 | | | | 16/11/2007 |
| | | | JP 04338754 | | | | 16/11/2007 |
| | | | JP 04338755 | | | | 16/11/2007 |
| | | | JP 04271714 | | | | 16/11/2007 |
| | | | JP 04271715 | | | | 16/11/2007 |
| | | | JP 04271716 | | | | 16/11/2007 |
| | | | JP 04271717 | | | | 16/11/2007 |
| | | | JP 04266034 | | | | 16/11/2007 |
| | | | JP 04266033 | | | | 09/11/2007 |
| | | | JP 04331232 | | | | 07/11/2007 |
| | | | JP 04331246 | | | | 01/04/2008 |
| | | | JP 04266037 | | | | 01/04/2008 |
| | | | JP 04266038 | | | | 01/04/2008 |
| | | | KR 10-0445019 | | | | 05/03/1999 |
| | | | KR 10-0422606 | | | | 25/08/2003 |
| | | | KR 10-0429087 | | | | 25/08/2003 |
| | | | KR 10-0444643 | | | | 26/03/2004 |
| | | | US 6671267 | | | | 05/03/1999 |
| | | | US 6885648 | | | | 21/12/2001 |
| | | | US 6680927 | | | | 21/12/2001 |
| | | | US 08160042 | | | | 05/05/2006 |
| | | | US 07756098 | | | | 09/02/2007 |
| | | | US 07525945 | | | | 09/02/2007 |
| | | | US 07990940 | | | | 31/10/2007 |
| | | | US 08009654 | | | | 31/10/2007 |

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | US 07995550 | | | | 31/10/2007 |
| | | | US 08014375 | | | | 31/10/2007 |
| | | | US 07995551 | | | | 31/10/2007 |
| MEL002 | MELCO | EP 0996301 | | 1, 3 | 3GPP TS25.133 V6.0.0 (Table 8.7)<br>3GPP TS25.201 V3.4.0 (Section 4.1.1)<br>3GPP TS25.211 V5.4.0 (Sections 5.3.2; Figure 9)<br>3GPP TS25.212 V5.3.0 (Sections 1, 4.2, 4.2.12.2, 4.2.5.1, 4.2.5.2, 4.4; Figures 2, 11; Table 4)<br>3GPP TS25.215 V5.6.0 (Sections 6.1.1.1, 6.1.1.2; Figures 1)<br>3GPP TS45.001 V4.4.0 (Sections 5.1, 5.2; Figure 3) | ISLD-200304-006 | 04/03/1999 |
| | | | CA 2329204 | | | | 04/03/1999 |
| | | | CA 2478976 | | | | 22/09/2004 |
| | | | CN ZL99807861.1 | | | | 04/03/1999 |
| | | | DE (EP) 0996301 | | | | 04/03/1999 |
| | | | ES (EP) 0996301 | | | | 04/03/1999 |
| | | | FR (EP) 0996301 | | | | 04/03/1999 |
| | | | GB (EP) 0996301 | | | | 04/03/1999 |
| | | | IT (EP) 0996301 | | | | 04/03/1999 |
| | | | DE (EP) 1480484 | | | | 31/08/2004 |
| | | | FR (EP) 1480484 | | | | 31/08/2004 |
| | | | GB (EP) 1480484 | | | | 31/08/2004 |
| | | | DE (EP) 1610578 | | | | 23/09/2005 |
| | | | FR (EP) 1610578 | | | | 23/09/2005 |
| | | | GB (EP) 1610578 | | | | 23/09/2005 |
| | | | DE (EP) 1610579 | | | | 23/09/2005 |
| | | | FR (EP) 1610579 | | | | 23/09/2005 |
| | | | GB (EP) 1610579 | | | | 23/09/2005 |
| | | | DE (EP) 1610580 | | | | 23/09/2005 |
| | | | FR (EP) 1610580 | | | | 23/09/2005 |
| | | | GB (EP) 1610580 | | | | 23/09/2005 |
| | | | DE (EP) 1610581 | | | | 23/09/2005 |
| | | | FR (EP) 1610581 | | | | 23/09/2005 |
| | | | GB (EP) 1610581 | | | | 23/09/2005 |
| | | | DE (EP) 1740009 | | | | 22/09/2006 |
| | | | FR (EP) 1740009 | | | | 22/09/2006 |
| | | | GB (EP) 1740009 | | | | 22/09/2006 |
| | | | DE (EP) 1814339 | | | | 09/05/2007 |
| | | | FR (EP) 1814339 | | | | 09/05/2007 |
| | | | GB (EP) 1814339 | | | | 09/05/2007 |
| | | | DE (EP) 1814338 | | | | 09/05/2007 |
| | | | FR (EP) 1814338 | | | | 09/05/2007 |
| | | | GB (EP) 1814338 | | | | 09/05/2007 |
| | | | DE (EP) 1962523 | | | | 26/03/2008 |
| | | | FR (EP) 1962523 | | | | 26/03/2008 |
| | | | GB (EP) 1962523 | | | | 26/03/2008 |
| | | | DE (EP) 1962524 | | | | 26/03/2008 |
| | | | FR (EP) 1962524 | | | | 26/03/2008 |
| | | | GB (EP) 1962524 | | | | 26/03/2008 |
| | | | DE (EP) 1962529 | | | | 26/03/2008 |
| | | | FR (EP) 1962529 | | | | 26/03/2008 |

Subject to US FRE 408 (or equivalent local regulation)

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | GB (EP) 1962529 | | | | 26/03/2008 |
| | | | DE (EP) 1962530 | | | | 26/03/2008 |
| | | | FR (EP) 1962530 | | | | 26/03/2008 |
| | | | GB (EP) 1962530 | | | | 26/03/2008 |
| | | | IN 226109 | | | | 04/03/1999 |
| | | | IN 228547 | | | | 11/07/2005 |
| | | | JP 03490097 | | | | 04/03/1999 |
| | | | JP 04236941 | | | | 10/01/2003 |
| | | | JP 03828120 | | | | 20/04/2004 |
| | | | JP 04287440 | | | | 09/03/2006 |
| | | | JP 04287486 | | | | 07/11/2007 |
| | | | JP 04290213 | | | | 25/01/2008 |
| | | | JP 04290214 | | | | 25/01/2008 |
| | | | JP 04290755 | | | | 25/01/2008 |
| | | | JP 04290756 | | | | 25/01/2008 |
| | | | JP 04294072 | | | | 25/01/2008 |
| | | | JP 04294073 | | | | 25/01/2008 |
| | | | JP 04249244 | | | | 25/01/2008 |
| | | | KR 10-0362627 | | | | 04/03/1999 |
| | | | US 6469995 | | | | 04/03/1999 |
| | | | US 6898196 | | | | 01/08/2002 |
| | | | US 7218646 | | | | 03/02/2005 |
| | | | US 7379476 | | | | 10/03/2006 |
| | | | US 7206302 | | | | 10/03/2006 |
| | | | US 07593370 | | | | 10/04/2006 |
| | | | US 07899430 | | | | 19/04/2007 |
| | | | US 07912015 | | | | 31/10/2007 |
| | | | US 07876730 | | | | 31/10/2007 |
| | | | US 07995541 | | | | 31/10/2007 |
| MEL003 | MELCO | EP 1047219 | | 8 | 3GPP TS 25.212 V3.11.0 (Sections 4.2, 4.2.7; Figures 1)<br>3GPP TS 25.331 V3.21.0 (Sections 8.2.1, 8.2.2; Figures 8.2.2-3; Tables 10.3.5.11) | ISLD-200302-004 | 20/04/2000 |
| | | | CN ZL00118065.7 | | | | 20/04/2000 |
| | | | CN ZL01133943.8 | | | | 13/08/2001 |
| | | | CN ZL200410003581.0 | | | | 30/01/2004 |
| | | | CN ZL200610099718.6 | | | | 26/06/2006 |
| | | | CN ZL200610099716.7 | | | | 26/06/2006 |
| | | | DE (EP) 1047219 | | | | 20/04/2000 |
| | | | FR (EP) 1047219 | | | | 20/04/2000 |
| | | | GB (EP) 1047219 | | | | 20/04/2000 |
| | | | DE (EP) 1156616 | | | | 06/08/2001 |
| | | | FR (EP) 1156616 | | | | 06/08/2001 |
| | | | GB (EP) 1156616 | | | | 06/08/2001 |
| | | | DE (EP) 1385290 | | | | 06/08/2001 |
| | | | FR (EP) 1385290 | | | | 17/07/2000 |
| | | | GB (EP) 1385290 | | | | 17/07/2000 |
| | | | DE (EP) 1494384 | | | | 23/09/2004 |
| | | | FR (EP) 1494384 | | | | 23/09/2004 |
| | | | GB (EP) 1494384 | | | | 23/09/2004 |
| | | | DE (EP) 1708402 | | | | 23/09/2004 |
| | | | FR (EP) 1708402 | | | | 24/07/2006 |

Subject to US FRE 408 (or equivalent local regulation)

COMPLAINT - EX. 3
PAGE 70

7

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | GB (EP) 1708402 | | | | 24/07/2006 |
| | | | DE (EP) 1710943 | | | | 24/07/2006 |
| | | | FR (EP) 1710943 | | | | 24/07/2006 |
| | | | GB (EP) 1710943 | | | | 24/07/2006 |
| | | | DE (EP) 1956740 | | | | 20/05/2008 |
| | | | FR (EP) 1956740 | | | | 20/05/2008 |
| | | | GB (EP) 1956740 | | | | 20/05/2008 |
| | | | EP 2066060 | | | | 26/02/2009 |
| | | | EP 2858288 | | | | 17/11/2014 |
| | | | HK 1096504 | | | | 02/04/2007 |
| | | | HK 1096509 | | | | 10/04/2007 |
| | | | HK1103485 | | | | 18/07/2007 |
| | | | HK 1103486 | | | | 18/07/2007 |
| | | | JP 03499500 | | | | 21/04/2000 |
| | | | JP 03617480 | | | | 10/08/2001 |
| | | | JP 03524087 | | | | 24/09/2003 |
| | | | JP 03768506 | | | | 19/01/2004 |
| | | | JP 03768522 | | | | 14/09/2005 |
| | | | JP 04413177 | | | | 14/09/2005 |
| | | | JP 03774470 | | | | 22/12/2005 |
| | | | JP 03782821 | | | | 22/12/2005 |
| | | | JP 04592811 | | | | 19/10/2009 |
| | | | JP 05484527 | | | | 30/07/2012 |
| | | | JP 5732151 | | | | 07/02/2014 |
| | | | JP 5841682 | | | | 09/03/2015 |
| | | | US 6501748 | | | | 20/04/2000 |
| | | | US 6545983 | | | | 16/08/2001 |
| | | | US 7027422 | | | | 07/02/2003 |
| | | | US 7133388 | | | | 06/02/2004 |
| | | | US 8787322 | | | | 30/10/2007 |
| | | | US 8787179 | | | | 30/10/2007 |
| | | | US 7995540 | | | | 30/10/2007 |
| | | | US 9401777 | | | | 30/10/2007 |
| | | | US 8094626 | | | | 30/10/2007 |
| MEL004 | MELCO | EP 1471657 | | 1 | 3GPP TS25.211 V5.0.0 (Section 5.2.1)<br>3GPP TS25.213 V5.0.0 (Sections 4.1, 4.2.1, 4.4.1, 4.4.2; Figures 1,7)<br>3GPP TS25.308 V5.2.0 (Sections 3.2, 4, 5.2.3; Figure 5.2.3-1) | TBD | 16/07/2004 |
| | | | BR PI0208395-7 | | | | 21/08/2002 |
| | | | BR 122016005828-0 | | | | 17/03/2016 |
| | | | CN ZL02816662.0 | | | | 21/08/2002 |
| | | | CN ZL200410097891.3 | | | | 06/12/2004 |
| | | | CN ZL200410097893.2 | | | | 06/12/2004 |
| | | | CN ZL200410097896.6 | | | | 06/12/2004 |
| | | | CN ZL200410097897.0 | | | | 06/12/2004 |
| | | | CN ZL200910145984.1 | | | | 11/06/2009 |
| | | | CN ZL200910145985.6 | | | | 11/06/2009 |
| | | | CN ZL200910145986.0 | | | | 11/06/2009 |
| | | | DE (EP) 1471676 | | | | 21/08/2002 |
| | | | FR (EP) 1471676 | | | | 21/08/2002 |
| | | | GB (EP) 1471676 | | | | 21/08/2002 |

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | DE (EP) 1404031 | | | | 24/11/2003 |
| | | | FR (EP) 1404031 | | | | 24/11/2003 |
| | | | GB (EP) 1404031 | | | | 24/11/2003 |
| | | | DE (EP) 1471658 | | | | 16/07/2004 |
| | | | FR (EP) 1471658 | | | | 16/07/2004 |
| | | | GB (EP) 1471658 | | | | 16/07/2004 |
| | | | DE (EP) 1471656 | | | | 16/07/2004 |
| | | | FR (EP) 1471656 | | | | 16/07/2004 |
| | | | GB (EP) 1471656 | | | | 16/07/2004 |
| | | | DE (EP) 1471657 | | | | 16/07/2004 |
| | | | FR (EP) 1471657 | | | | 16/07/2004 |
| | | | GB (EP) 1471657 | | | | 16/07/2004 |
| | | | HK 1070203 | | | | 30/03/2005 |
| | | | HK 1076209 | | | | 15/09/2005 |
| | | | HK 1076210 | | | | 15/09/2005 |
| | | | HK 1075985 | | | | 14/09/2005 |
| | | | HK 1076211 | | | | 16/09/2005 |
| | | | KR 10-0561114 | | | | 21/08/2002 |
| | | | KR 10-0803239 | | | | 06/12/2004 |
| | | | KR 10-0561115 | | | | 06/12/2004 |
| | | | KR 10-0561116 | | | | 06/12/2004 |
| | | | KR 10-0803240 | | | | 06/12/2004 |
| | | | KR 10-0850297 | | | | 25/11/2005 |
| | | | MX 246511 | | | | 21/08/2002 |
| | | | MX 265285 | | | | 26/03/2007 |
| | | | MX 278728 | | | | 24/02/2009 |
| | | | MX 296792 | | | | 02/09/2010 |
| | | | US 7289423 | | | | 21/08/2002 |
| | | | US 7145863 | | | | 13/01/2005 |
| | | | US 7307943 | | | | 13/01/2005 |
| | | | US 7102993 | | | | 13/01/2005 |
| | | | US 07953124 | | | | 31/10/2007 |
| | | | US 08064326 | | | | 31/10/2007 |
| | | | US 08897119 | | | | 19/10/2011 |
| MEL005 | MELCO | EP 1684455 | | 4 | 3GPP TS25.309 V6.6.0 (Section 9.2.1)<br>3GPP TS25.321 V6.14.0 (Sections 4.2.4.5, 11.8.2.1.1, 11.8.1.1.2, 11.8.1.3.1, 11.8.1.4)<br>3GPP TS25.309 V6.6.0 (Sections 1, 9.1) | TBD | 11/11/2003 |
| | | | DE (EP) 1684455 | | | | 11/11/2003 |
| | | | FR (EP) 1684455 | | | | 11/11/2003 |
| | | | GB (EP) 1684455 | | | | 11/11/2003 |
| | | | JP 04275667 | | | | 11/11/2003 |
| | | | KR 10-0905355 | | | | 11/05/2006 |
| | | | US 08233430 | | | | 11/11/2003 |
| MEL006 | MELCO | EP 1376539 | | 1 | 3GPP TS202 050 V1.1.1 (Sections 4, 5.1.1, 5.1.3, 5.1.4, 5.1.5, 5.1.7, 5.1.9, 5.1.10; Figures 4.1, 5.1, 5.2)<br>3GPP TS26.243 V6.1.0 (Section 2) | TBD | 28/03/2001 |
| | | | CN ZL01810114.3 | | | | 28/03/2001 |
| | | | DE (EP) 1376539 | | | | 28/03/2001 |
| | | | FR (EP) 1376539 | | | | 28/03/2001 |
| | | | GB (EP) 1376539 | | | | 28/03/2001 |

COMPLAINT - EX. 3
PAGE 72

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | JP 03574123 | | | | 28/03/2001 |
| | | | JP 04098271 | | | | 02/04/2004 |
| | | | JP 04173525 | | | | 23/04/2007 |
| | | | US 7349841 | | | | 28/03/2001 |
| | | | US 08412520 | | | | 29/10/2007 |
| | | | US 07788093 | | | | 29/10/2007 |
| | | | US 07660714 | | | | 29/10/2007 |
| | | | | | | | |
| ORA001 | 3G Licensing | EP 0782128 | | 1 | 3GPP TS 26.190 (Sections 4.3, 4.4, 5.1, 6, 6.1, 6.2) | ISLD-201607-002 | 15/12/1995 |
| | | | DE (EP) 0782128 | | | | 15/12/1995 |
| | | | FR 2742568 | | | | 15/12/1995 |
| | | | GB (EP) 0782128 | | | | 12/12/1996 |
| | | | IT (EP) 0782128 | | | | 12/12/1996 |
| | | | JP 3678519 | | | | 16/12/1996 |
| | | | KR 421226 | | | | 14/12/1996 |
| | | | US 5787390 | | | | 11/12/1996 |
| ORA002 | 3G Licensing | US 7313518 | | 10 | 3GPP TS 22.243 V8.0.0 (Sections 1, 3.1, 4, 5, 7; Figures 1) | ISLD-201409-019 | 19/11/2001 |
| | | | BR PI0116844-4 | | | | 19/11/2001 |
| | | | CA 2436318 | | | | 19/11/2001 |
| | | | CN 1284139 | | | | 19/11/2001 |
| | | | DE (EP) 1356461 | | | | 19/11/2001 |
| | | | ES (EP) 1356461 | | | | 19/11/2001 |
| | | | FR (EP) 1356461 | | | | 19/11/2001 |
| | | | GB (EP) 1356461 | | | | 19/11/2001 |
| | | | HK 1057639 | | | | 19/11/2001 |
| | | | IT (EP) 1356461 | | | | 19/11/2001 |
| | | | JP 4210521 | | | | 19/11/2001 |
| | | | KR 1005491330000 | | | | 19/11/2001 |
| | | | MX 243041 | | | | 19/11/2001 |
| | | | NL (EP) 1356461 | | | | 19/11/2001 |
| | | | TR (EP) 1356461 | | | | 19/11/2001 |
| ORA003 | 3G Licensing | US 7171215 | | 1 | 3GPP TS 25.133 V3.22.0 (Sections 8.1.2.1, 8.1.2.2, 8.1.2.2.1, 8.1.2.2.5, 8.1.2.3.2, 8.1.2.3.4) 3GPP TS 23.060 V3.17.0 (Sections 5.1, 5.3.1.3) | ISLD-201607-002 | 25/11/2002 |
| | | | CN 02823438.3 | | | | 25/11/2002 |
| | | | FR 2832895 | | | | 26/11/2001 |
| | | | JP 4032428 | | | | 25/11/2002 |
| ORA008 | 3G Licensing | US 7860069 | | 14 | 3GPP TS 23 401 V8.15.0 (Sections 1, 4.2.1, 4.7.1, 5.1.2.1; Figures 5.1.2.1-1, 5.3.1.1 , 5.3.2.1, 5.3.2.1-1) 3GPP TS 23 228 V8.12.0 (Section 4.3.1) 3GPP TS 23.221 V8.9.0 (Section 5.6) | ISLD-201409-002 | 28/03/2005 |
| | | | CN ZL200510062618.1 | | | | 01/04/2005 |
| | | | JP 4824334 | | | | 01/04/2005 |
| | | | JP 5318911 | | | | 01/04/2005 |
| ORA016 | 3G Licensing | US 8837306 | | 6 | 3GPP TS 25.331 V8.25.0 (Sections 8.5.14, 8.5.24, 8.5.2) 3GPP TS 23.122 V8.11.0 (Sections 4.3.1, 4.4, 4.4.3, 4.4.3.1.1, 4.4.3.2.1) | ISLD-201607-002 | 24/07/2007 |
| | | | CN 201310467762.8 | | | | |
| | | | JP 5501762 | | | | 24/07/2007 |

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| ORA019 | 3G Licensing | EP 2080345 | | 7 | ETSI TS 182 025 V3.3.1 (sections 1,4, 4.1, 4.2, 6, 6.1, 6.1.2 , 6.1.3,6.1.5, 6.1.5.1)<br>3GPP TS 23.228 V9.4.0 (sections 4, 4.3, 4.3.3, 4.3.3.2, 4.3.3.3, 4.3.3.4,  4.3.5.2, 4.6, 4.6.3, 5, 5.2, 5.2.1, 5.2.1a, 5.2.1a.0.) | ISLD-201607-002 | 06/07/2007 |
| | | | BE (EP) 2080345 | | | | 06/07/2007 |
| | | | DE (EP) 2080345 | | | | 06/07/2007 |
| | | | ES (EP) 2080345 | | | | 06/07/2007 |
| | | | FR (EP) 2080345 | | | | 06/07/2007 |
| | | | GB (EP) 2080345 | | | | 06/07/2007 |
| | | | IT (EP) 2080345 | | | | 06/07/2007 |
| | | | JP 5079800 | | | | 06/07/2007 |
| | | | PL (EP) 2080345 | | | | 06/07/2007 |
| | | | US 8493967 | | | | 06/07/2007 |
| ORA027 | 3G Licensing | JP 5319670 | | 1 | 3GPP TS 23.402  V8.8.0 (sections 1, 4, 4.1, 4.1.0, 4.2,  4.2.3, 6, 6.1, 6.2, 6.3, 7, 7.1,7.1.2,7.3, 8.4.2)<br>3GPP TS 23.401 V8.9.0 (sections  1, 4, 4.3, 4.3.1, 4.3.1.2, 4.4, 4.4.3.3, 4.4.3.2, 4.4.3.1, 4.4.3)<br>IETF RFC 5555 (sections 2.5, 3.1, 3.1.1, 4.5) | ISLD-201607-002 | 26/06/2008 |
| | | | US 9615345 | | | | |
| | | | CN 104038926 | | | | |
| | | | CN ZL200880022199.0 | | | | 26/06/2008 |
| ORA030 | 3G Licensing | US 8781469 | | 23 | 3GPP TS 23.401 V8.15.0 (Sections 4.3.2.2, 4.7.5, 5.3.2.1; Figure 5.3.2.1-1, 5.4.1, 5.4.1-1)<br>3GPP TS 23.203 V8.14.0 (Sections 3.1, 4.1, 5.2.2)<br>3GPP TS 29.212 V8.15.0 (Section 4.5.1) | ISLD-201607-002 | 09/10/2008 |
| | | | US 9319976 | | | | 09/10/2008 |
| | | | AT (EP) 2597926 | | | | 09/10/2008 |
| | | | BE (EP) 2597926 | | | | 09/10/2008 |
| | | | CH (EP) 2597926 | | | | 09/10/2008 |
| | | | DE (EP) 2597926 | | | | 09/10/2008 |
| | | | ES (EP) 2597926 | | | | 09/10/2008 |
| | | | FR (EP) 2597926 | | | | 09/10/2008 |
| | | | GB (EP) 2597926 | | | | 09/10/2008 |
| | | | IE (EP) 2597926 | | | | 09/10/2008 |
| | | | IT (EP) 2597926 | | | | 09/10/2008 |
| | | | NL (EP) 2597926 | | | | 09/10/2008 |
| | | | PL (EP) 2597926 | | | | 09/10/2008 |
| | | | PT (EP) 2597926 | | | | 09/10/2008 |
| | | | RO (EP) 2597926 | | | | 09/10/2008 |
| | | | SE (EP) 2597926 | | | | 09/10/2008 |
| | | | TR (EP) 2597926 | | | | 09/10/2008 |
| ORA032 | 3G Licensing | US 8532076 | | 1 | 3GPP TS 23.327 V8.4.0 (Sections 1, 2, 3.2, 4.1, 5.2, 5.2.2, 5.3.3, 5.4, 6.1, 6.3.2.1; Figures 5.2.2-1, 6.1, 6.3.2.1-1)<br>3GPP TS 23.060 V8.15.0 (Sections 5.4.1.1, 5.4.1.2, 9.2.1)<br>3GPP TS 23.234 V8.0.0 (Sections 5.10.1)<br>IETF RFC 3775 (Sections 10.3.2)<br>IETF RFC 5555 (Sections 4.4.2.1) | ISLD-201408-002<br>ISLD-201408-003<br>ISLD-201408-004 | 17/03/2009 |
| | | | DE (EP) 2266351 | | | | 17/03/2009 |
| | | | ES (EP) 2266351 | | | | 17/03/2009 |
| | | | FR (EP) 2266351 | | | | 17/03/2009 |
| | | | GB (EP) 2266351 | | | | 17/03/2009 |

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | IT (EP) 2266351 | | | | 17/03/2009 |
| | | | US 8964714 | | | | 17/03/2009 |
| ORA039 | 3G Licensing | US 8570936 | | 1 | 3GPP TS 23.060 V8.9.0 (Sections 1, 3.1, 4, 5.1, 5.2.1, 5.3.2, 5.3.2.1, 5.3.2.2, 5.4.1.1, 5.4.1.2, 9.2.1A, 9.6; Figure 1)<br>3GPP TS 23.401 V8.10.0 (Sections 3.2, 4.2.1, 4.2.2, 4.3.2.1, 4.3.2.2, 4.4.3.1, 4.4.3.2, 4.4.7.1, 4.4.7.2, 4.4.7.3, 4.7.1, 4.7.2.1, 4.7.2.2; Figures 4.2.1-1, 4.2.1-2, 4.2.2-1, 4.7.2.2-1)<br>3GPP TS 23.402 V8.6.0 (Sections 1, 4.2.1, 4.2.2, 4.2.3, 4.3.1.1, 4.3.1.2, 4.3.3.1, 4.3.3.2, 4.3.3.3, 4.3.5, 4.3.5.1, 4.3.5.2, 4.8.1, 4.8.2.1, 4.10.3, 8.5.1; Figures 4.2.1-1, 4.2.1-2, 4.2.2-1, 4.2.2-2, 4.2.3-1, 4.2.3-2, 4.10.3-1, 4.8.1.1-1, 8.5.1-1)<br>3GPP TS 23.203 V8.11.0 (Sections 1, 3.1, 6.1.0, 6.1.1.1, 6.1.1.2, 6.1.1.3, 6.1.1.4, 6.2.1.0, A.1.0, A.1.1.2, A.1.1.3, A.4.0, A.4.1.1, A.4.1.2, A.5.0, A.5.1.0, A.5.1.1, D.1.1, D.2, H.1, H.2; Figures A.1, A.4, D.1.1, D.2.1) | ISLD-201211-004<br>ISLD-201211-006<br>ISLD-201211-007<br>ISLD-201211-008 | 22/03/2006 |
| | | | CN ZL200680017858 | | | | 22/03/2006 |
| | | | CN ZL201210078576 | | | | 22/03/2006 |
| | | | DE (EP) 1869840 | | | | 22/03/2006 |
| | | | ES (EP) 1869840 | | | | 22/03/2006 |
| | | | FR (EP) 1869840 | | | | 22/03/2006 |
| | | | GB (EP) 1869840 | | | | 22/03/2006 |
| | | | IT (EP) 1869840 | | | | 22/03/2006 |
| | | | JP 4933528 | | | | 22/03/2006 |
| | | | NL (EP) 1869840 | | | | 22/03/2006 |
| | | | PL (EP)  1869840 | | | | 22/03/2006 |
| | | | TR (EP) 1869840 | | | | 22/03/2006 |
| ORA040 | 3G Licensing | US 8565159 | | 2 | 3GPP TS 23.060 V8.15.0 (Sections 1, 4)<br>3GPP TS 23.327 V8.4.0 (Sections 1, 4, 4.1, 5.2.1; Figures 5.2..1-1, 5.3.1, 5.3.2, 6.1, 6.3.1, 6.3.1-1, 6.3.2.2,  6.3.2.2-1)<br>3GPP TS 23.234 V8.0.0 (Sections 1, 4, 5.7.1, 6.1.2; Figures 6.2a, 6.2.6) | ISLD-201211-009<br>ISLD-201211-010<br>ISLD-201211-011 | 15/01/2007 |
| | | | CN ZL200780009678 | | | | 15/01/2007 |
| | | | CN ZL201210256418 | | | | 15/01/2007 |
| | | | DE (EP) 1974576 | | | | 15/01/2007 |
| | | | ES (EP) 1974576 | | | | 15/01/2007 |
| | | | FR (EP) 1974576 | | | | 15/01/2007 |
| | | | GB (EP) 1974576 | | | | 15/01/2007 |
| | | | HK 1219367 | | | | |
| | | | IT (EP) 1974576 | | | | 15/01/2007 |
| | | | US 8194608 | | | | 15/01/2007 |
| ORA041 | 3G Licensing | US 8072923 | | 1 | 3GPP TS 23.401 V8.15.0 (Sections 1, 3.1, 4.1, 4.2.1; Figures 4.2.1-2, 4.2.3, 4.4.3.1, 4.4.3.2, 4.4.3.3, 4.7.1, 4.7.2.1, 4.7.2.2, 4.7.2.2-1, 5.3.1.1, 5.3.2.1) | ISLD-201211-012 | 23/03/2006 |
| | | | CN ZL200680016492 | | | | 23/03/2006 |
| | | | CN ZL201110148681 | | | | 23/03/2006 |
| | | | JP 5384934 | | | | 23/03/2006 |
| | | | JP 5491650 | | | | 23/03/2006 |
| | | | US 8971246 | | | | 23/03/2006 |
| ORA042 | 3G Licensing | EP 1861982 | | 17 | 3GPP TS 23.060 V8.9.0 (Sections 1, 4, 5.2.1, 5.4.1.3, 9.2.1, 9.2.2.1; Figures 64)<br>3GPP TS 24.008 V8.10.0 (Sections 6.1.3.1, 6.1.3.1.59.5.1, 10.5.6.4; Figures 10.5.137)<br>3GPP TS 34.123-1 V10.0.0 (Sections 11.1.1.1.2, 11.1.3.2, 11.1.3.2.3, 11.1.3.2.4) | ISLD-201211-013<br>ISLD-201211-014<br>ISLD-201211-015 | 23/03/2006 |
| | | | BE (EP) 1861982 | | | | 23/03/2006 |
| | | | CH (EP) 1861982 | | | | 23/03/2006 |
| | | | DE (EP) 1861982 | | | | 23/03/2006 |

Subject to US FRE 408 (or equivalent local regulation)

COMPLAINT - EX. 3
PAGE 75

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | ES (EP) 1861982 | | | | 23/03/2006 |
| | | | FR (EP) 1861982 | | | | 23/03/2006 |
| | | | GB (EP) 1861982 | | | | 23/03/2006 |
| | | | IT (EP) 1861982 | | | | 23/03/2006 |
| | | | NL (EP) 1861982 | | | | 23/03/2006 |
| | | | PL (EP) 1861982 | | | | 23/03/2006 |
| | | | TR (EP) 1861982 | | | | 23/03/2006 |
| | | | SE (EP) 1861982 | | | | 23/03/2006 |
| | | | US 8064384 | | | | 23/03/2006 |
| | | | CN ZL200680017166 | | | | 23/03/2006 |
| | | | JP 4970422 | | | | 23/03/2006 |
| | | | US 9001732 | | | | 23/03/2006 |
| ORA043 | ORANGE | EP 1869841 | | 1 | 3GPP TS 23.060 V8.7.0 (Sections 9.2.1A, 9.2.1.1, 9.2.2.1, 9.2.2.1.1, 15.3.0, 15.3.1; Figures 63, 64)<br>3GPP TS 23.207 V8.0.0 (Sections 4.2, 4.7, 5.1, 5.2, 5.2.1, 5.2.2, 6.1, 6.1.1, 6.1.2, 6.4; Figures A.7; Annex A, A.2, A.2.5, Annex C; Figure A.7)<br>3GPP TS 23.228 V8.12.0 (Sections 4.0, 4.2.4, 4.2.4a, 4.6.0, 4.6.1, 4.6.3, 5.4.0, 5.4.2a; Figures 4.0, 5.5b; Annex E, E.0, E.5)<br>3GPP TS 23.401 V8.8.0 (Sections 1, 4.2.1, 4.2.2, 4.4.4; Figures 4.2.1-1, 4.2.1-2,  4.2.2-1, 4.2.2-2, 4.2.2-3)<br>3GPP TS 24.008 V9.3.0 (Sections 9.5.4, 9.5.4.1, 10.5.6.12; Tables 9.5.4, 10.5.162)<br>3GPP TS 24.229 V8.11.0 (Annex B, B.1, B.2.1, B.2.2.1, B.2.2.5.1, B.2.2.5.1A, B.2.2.5.1B)<br>3GPP TS 29.060 V9.3.0 (Section 7.7.36  ) | ISLD-201011-005<br>ISLD-201011-006<br>ISLD-201011-007<br>ISLD-201011-008<br>ISLD-201011-009<br>ISLD-201011-010<br>ISLD-201308-017<br>ISLD-201308-018<br>ISLD-201308-019<br>ISLD-201308-020<br>ISLD-201308-021 | 22/03/2006 |
| | | | DE (EP) 1869841 | | | | 22/03/2006 |
| | | | FR (EP) 1869841 | | | | 22/03/2006 |
| | | | GB (EP) 1869841 | | | | 22/03/2006 |
| ORA046 | 3G Licensing | EP 1772030 | | 1 | 3GPP TS 23.060 v8.17.0 (Sections 5.6.2.2, 9.2.1, 9.2.2.1, 9.3; Figures 6a, 63)<br>3GPP TS 24.008 v8.19.0 (Sections 9.5.1, 10.5.6.4,)<br>3GPP TS 29.061 v8.12.0 (Sections 11.2.1.3, 11.2.1.3.2, 11.2.1.4) | ISLD-201308-022<br>ISLD-201308-023<br>ISLD-201308-024 | 11/07/2005 |
| | | | CN ZL200580025881 | | | | 11/07/2005 |
| | | | DE (EP) 1772030 | | | | 11/07/2005 |
| | | | ES (EP) 1772030 | | | | 11/07/2005 |
| | | | FR (EP) 1772030 | | | | 11/07/2005 |
| | | | GB (EP) 1772030 | | | | 11/07/2005 |
| | | | IN 271359 | | | | 11/07/2005 |
| | | | IT (EP) 1772030 | | | | 11/07/2005 |
| | | | US 8179888 | | | | 11/07/2005 |
| | | | US 9237058 | | | | 11/07/2005 |
| ORA047 | 3G Licensing | US 7860073 | | 1 | 3GPP TS 23.060 v8.17.0 (Sections 5.6.2.2, 9.2.1, 9.2.1.1, 9.2.2.1, 9.3; Figures 6a, 63)<br>3GPP TS 24.008 v8.19.0 (Sections 9.5.1, 10.5.6.4)<br>3GPP TS 29.061 v8.12.0 (Sections 11.2.1.3, 11.2.1.3.2, 11.2.1.4; Figures 11bb)<br>IETF RFC 4291 (Section 2.5.1) | ISLD-201308-025 | 10/06/2005 |
| | | | CN ZL200580024907 | | | ISLD-201308-026 | 10/06/2005 |
| | | | DE (EP) 1771978 | | | ISLD-201308-027 | 10/06/2005 |
| | | | ES (EP) 1771978 | | | ISLD-201308-028 | 10/06/2005 |
| | | | FR (EP) 1771978 | | | | 10/06/2005 |
| | | | GB (EP) 1771978 | | | | 10/06/2005 |
| | | | IN 272738 | | | | 10/06/2005 |
| | | | IT (EP) 1771978 | | | | 10/06/2005 |

Subject to US FRE 408 (or equivalent local regulation)

COMPLAINT - EX. 3
PAGE 76

13

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| ORA048 | 3G Licensing | EP 1741264 | | 1 | 3GPP TS 29.060 V8.11.0 (Sections 3.1, 4.1; Figure 1)<br>3GPP TS 23.401 V8.8.0 (Sections 5.1, 5.1.1.1, 5.1.1.4; Figures 5.1.1.4-1, 5.1.1.5, 5.1.1.5-1, 5.1.1.6, 5.1.1.6-1, 5.1.1.7, 5.1.1.7-1, 5.1.1.8, 5.1.1.8-1, 5.1.2.1, 5.1.2.1-1, 5.1.2.2, 5.1.2.2-1, 5.1.2.3, 5.1.2.3-1, 5.1.2.4, 5.1.2.4-1, 5.1.2.5, 5.1.2.5-1)<br>3GPP TS 23.402 V8.8.0 (Sections 1, 4.2.2; Figures 4.2.2-2, 4.3.3.2, 4.3.3.3, 4.3.4, 5.1.2, 5.1.4.1, 5.1.4-1, 5.1.4.2, 5.1.4.2-1, 5.1.4.3, 5.1.4.3-1, 5.1.4.4, 5.1.4.4-1, 5.1.3.1, 5.1.3.1-1, 6.1.2, 6.1.2-1; Annex A, A.1; Figures A.1-1, A.1-2, A.1-3, A2, A.2-1)<br>3GPP TS 23.228 V8.9.0 (Sections 4.6.0, 4.6.1, 5.4.2a; Figure 5.5b, E0, E5)<br>3GPP TS 23.060 V8.7.0 (Sections 4, 5.3.2.4, 5.3.2.5, 5.5; Table 1, 5.6.2.1, 5.6.2.2; Figures 6a, 6b, 6c, 6d, 5.6.3, 5.6.3.1, 5.6.3.2, 7, 8, 9.2.1, 9.2.2.1, 63, 64) | ISLD-201308-012<br>ISLD-201308-013<br>ISLD-201308-014<br>ISLD-201308-015<br>ISLD-201308-016<br>ISLD-201010-005<br>ISLD-201010-006<br>ISLD-201010-007<br>ISLD-201010-008<br>ISLD-201010-009 | 19/04/2005 |
| | | | CN ZL200580020466 | | | | 19/04/2005 |
| | | | DE (EP) 1741264 | | | | 19/04/2005 |
| | | | ES (EP) 1741264 | | | | 19/04/2005 |
| | | | FR (EP) 1741264 | | | | 19/04/2005 |
| | | | GB (EP) 1741264 | | | | 19/04/2005 |
| | | | IN 255363 | | | | 19/04/2005 |
| | | | IT (EP) 1741264 | | | | 19/04/2005 |
| | | | JP 4660539 | | | | 19/04/2005 |
| | | | US 7907618 | | | | 19/04/2005 |
| ORA051 | 3G Licensing | EP 1614270 | | 1 | 3GPP 23.401 V8.10.0 (Sections 1, 4.2.2, 4.3.8.2, 5.3.1.1, 5.3.2.1; Figures 4.2.2-1, 5.3.2.1-1) | ISLD-201308-011 | 16/04/2004 |
| | | | CN ZL200480010345 | | | | 16/04/2004 |
| | | | CN ZL201210055880 | | | | 16/04/2004 |
| | | | DE (EP) 1614270 | | | | 16/04/2004 |
| | | | ES (EP) 1614270 | | | | 16/04/2004 |
| | | | FR (EP) 1614270 | | | | 16/04/2004 |
| | | | GB (EP) 1614270 | | | | 16/04/2004 |
| | | | IT (EP) 1614270 | | | | 16/04/2004 |
| | | | JP 4579905 | | | | 16/04/2004 |
| | | | NL (EP) 1614270 | | | | 16/04/2004 |
| | | | PL (EP) 1614270 | | | | 16/04/2004 |
| | | | TR (EP) 1614270 | | | | 16/04/2004 |
| | | | US 7839825 | | | | 16/04/2004 |
| | | | US 8130725 | | | | 16/04/2004 |
| | | | US 8406198 | | | | 16/04/2004 |
| ORA052 | 3G Licensing | EP 1602215 | | 1 | 3GPP TS 23.401 V8.10.0 (Section 4.2.2; Figure 4.2.2-3)<br>3GPP TS 23.060 V8.9.0 (Sections 9.2.2, 9.2.2.1, 9.2.3.2; Figures 63, 64, 71a, 71b)<br>3GPP TS 24.008 V8.10.0 (Section 10.5.6.4; Figure 10.5.137; Table 10.5.155)<br>3GPP TS 29.061 V8.7.0 (Sections 11.2.1.4; Figures 11, 11c, 11d)<br>3GPP TS 23.228 V8.12.0 (Sections 3.1, I.1, I.2, I.3, I.3.1, I.3.1.2; Figures I.1, I.3)<br>IETF RFC 3344 (Sections 1.5, 1.7 and 3) | ISLD-201109-013<br>ISLD-201109-014<br>ISLD-201109-015<br>ISLD-201109-016<br>ISLD-201109-017<br>ISLD-201308-007<br>ISLD-201308-008<br>ISLD-201308-009<br>ISLD-201308-010 | 10/03/2004 |
| | | | CN ZL200480006637 | | | | 10/03/2004 |
| | | | DE (EP) 1602215 | | | | 10/03/2004 |
| | | | FR (EP) 1602215 | | | | 10/03/2004 |
| | | | GB (EP) 1602215 | | | | 10/03/2004 |
| | | | IN 227148 | | | | 10/03/2004 |
| | | | JP 5248586 | | | | 10/03/2004 |
| | | | KR 10-1007005 | | | | 10/03/2004 |

Subject to US FRE 408 (or equivalent local regulation)



COMPLAINT - EX. 3
PAGE 77

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| | | | US 7640017 | | | | 10/03/2004 |
| | | | US 8023946 | | | | 10/03/2004 |
| ORA056 | 3G Licensing | EP 1636961 | | 1 | 3GPP TS 23.060 V8.13.0 (Sections 1, 3.1, 4, 5.4.0, 5.4.1.5, 9.2.1A, 9.2.3.0, 9.2.3.2A, 9.2.3.2, 15.3.0, 15.3.1; Figures 2a, 71c, 71a, 71b)<br>3GPP TS 23.401 V8.14.0 (Sections 1, 3.1, 4.1, 4.2.1, 4.3.1, 4.3.2.1, 4.3.3.1, 4.3.2.2, 4.4.3.1, 4.4.3.3, 4.7.1, 4.7.2.1, 4.7.2.2, 5.4.3; Figures 4.2.1-1, 4.2.1-2, 4.7.2.2-1, 5.4.3-1)<br>3GPP TS 23.402 V8.9.0 (Section 4.3.3.3)<br>IETF RFC 5213 (Sections 2.2, 3, 5.3.1, 6.10.5, 8.1)<br>IETF RFC 3775 (Abstract; Section 11.7.2) | ISLD-201308-029<br>ISLD-201308-030<br>ISLD-201308-031 | 17/05/2004 |
| | | | CH (EP) 1636961 | | | | 17/05/2004 |
| | | | CN ZL200480016891.4 | | | | 17/05/2004 |
| | | | DE (EP) 1636961 | | | | 17/05/2004 |
| | | | ES (EP) 1636961 | | | | 17/05/2004 |
| | | | FR (EP) 1636961 | | | | 17/05/2004 |
| | | | GB (EP) 1636961 | | | | 17/05/2004 |
| | | | IN 228935 | | | | 17/05/2004 |
| | | | IT (EP) 1636961 | | | | 17/05/2004 |
| | | | JP 4511529 | | | | 17/05/2004 |
| | | | SE (EP) 1636961 | | | | 17/05/2004 |
| | | | US 7860037 | | | | 17/05/2004 |
| ORA057 | 3G Licensing | EP 1561316 | | 1 | 3GPP TS 23.207 V6.6.0 (Sections 5.1.2, 5.1.2.1, 5.2, 5.2.1)<br>3GPP TS 23.228 V6.16.0 (Sections 4, 4.0, 5.4.7, 5.4.7.0, 5.4.7.1, 5.4.7.6; Annex E, E.0, E.1, E.1, E.1.0, E.1.1.1, E.2.3, E.2.3.0)<br>IETF RFC 3775 (Abstract, 2, 3.2, 4, 4.1, 6, 6.1, 6.3, 6.4, 8, 8.2, 9.3.2)<br>IETF RFC 6275 (Abstract, 2, 3.2, 4, 4.1, 6, 6.1, 6.3, 6.4, 8, 8.2, 9.3.2) | ISLD-201607-002 | 07/11/2003 |
| | | | CN ZL200380103043.2 | | | | 07/11/2003 |
| | | | DE (EP) 1561316 | | | | 07/11/2003 |
| | | | ES (EP) 1561316 | | | | 07/11/2003 |
| | | | FR (EP) 1561316 | | | | 07/11/2003 |
| | | | GB (EP) 1561316 | | | | 07/11/2003 |
| | | | IT (EP) 1561316 | | | | 07/11/2003 |
| | | | JP 4690045 | | | | 07/11/2003 |
| | | | US 7554949 | | | | 07/11/2003 |
| ORA058 | 3G Licensing | EP 1838044 | | 20 | 3GPP TS 23.234 V8.0.0 (Sections 1, 5.13.3, )<br>3GPP TS 23.327 V8.4.0 (Sections 5.3.1, 6.3.1; Figures 6.3.1-1)<br>IETF RFC 2474 (Section 3) | ISLD-201308-032<br>ISLD-201308-033<br>ISLD-201308-034 | 24/03/2006 |
| | | | CN ZL200780010663 | | | | 16/02/2007 |
| | | | DE (EP) 1838044 | | | | 24/03/2006 |
| | | | ES (EP) 1838044 | | | | 24/03/2006 |
| | | | FR (EP) 1838044 | | | | 24/03/2006 |
| | | | GB (EP) 1838044 | | | | 24/03/2006 |
| | | | IT (EP) 1838044 | | | | 24/03/2006 |
| | | | JP 5806948 | | | | 16/02/2007 |
| | | | JP 6063998 | | | | 16/02/2007 |
| | | | US 9413681 | | | | 16/02/2007 |

Subject to US FRE 408 (or equivalent local regulation)

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| ORA059 | 3G Licensing | US 8184646 | | 18 | 3GPP TS 23.060 V8.15.0 (Sections 4, 5.1, 5.2, 5.2.1, 5.3.0, 5.3.1, 5.3.1.1, 5.3.2, 5.3.3.1, 5.6.2.2; Figure 6a, 9.2.2.1, 63, 64)<br>3GPP TS 23.107 V8.2.0 (Sections 6.4.3.1, 6.4.3.2)<br>3GPP TS 24.008 V8.16.0 (Section 9.5.1; Tables 9.5.1, 10.5.6.5 10.5.156; Figure 10.5.138) | ISLD-201211-019<br>ISLD-201211-020<br>ISLD-201211-021 | 19/03/2007 |
| | | | CN ZL200780010562 | | | | 19/03/2007 |
| | | | IN 282457 | | | | 19/03/2007 |
| | | | JP 5740672 | | | | 19/03/2007 |
| | | | DE (EP) 1999907 | | | | 19/03/2007 |
| | | | FR (EP) 1999907 | | | | 19/03/2007 |
| | | | ES (EP) 1999907 | | | | 19/03/2007 |
| | | | GB (EP) 1999907 | | | | 19/03/2007 |
| | | | IT (EP) 1999907 | | | | 19/03/2007 |
| | | | NL (EP) 1999907 | | | | 19/03/2007 |
| | | | US 9166824 | | | | 19/03/2007 |
| ORA060 | 3G Licensing | EP 1671501 | | 1 | 3GPP TS 23.204 version 8.5.0 (Sections  5.1, 5.2.2, 5.2.3, 5.2.4, 5.2.5, 5.3.1.1, 5.3.2, 6.1, 6.4) | ISLD-201109-011<br>ISLD-201109-012<br>ISLD-201308-035<br>ISLD-201308-036 | 07/10/2004 |
| | | | CN ZL200480029734 | | | | 07/10/2004 |
| | | | DE (EP) 1671501 | | | | 07/10/2004 |
| | | | ES (EP) 1671501 | | | | 07/10/2004 |
| | | | FR (EP) 1671501 | | | | 07/10/2004 |
| | | | GB (EP) 1671501 | | | | 07/10/2004 |
| | | | IN 250080 | | | | 07/10/2004 |
| | | | IT (EP) 1671501 | | | | 07/10/2004 |
| | | | JP 4702853 | | | | 07/10/2004 |
| | | | US 8364180 | | | | 07/10/2004 |
| | | | US 8526983 | | | | 07/10/2004 |
| ORA063 | 3G Licensing | EP 0562890 | | 1, 5 | 3GPP TS 100 922 V8.0.0 (Sections 1, 6.2)<br>3GPP TS 101 622 V6.0.1 (Sections 4.3, 5, 5.2)<br>3GPP TS 122 038 V3.4.0 (Sections 9.1)<br>3GPP TS 100 977 V8.13.0 (Annex E, Annex I)<br>3GPP TS 101 267 V8.17.0 (Sections 3.2, 7, 7.1, 7.1.1, 7.1.2)<br>3GPP TS 122.003 V6.0.0 (Annex A.1.3.4, A.1.3.4.2)<br>3GPP TS 123.040 V3.9.0 (Sections 3.1, 3.2.3, 9.2.3, 9.2.3.9, 9.2.3.22, 9.2.3.24, 9.2.3.24.10, 9.2.3.24.10.1, 9.2.3.24.10.1.1; Figure 1) | ISLD-200402-003 | 29/03/1993 |
| | | | AT (EP) 0562890 | | | | 29/03/1993 |
| | | | BE (EP) 0562890 | | | | 29/03/1993 |
| | | | ES (EP) 0562890 | | | | 29/03/1993 |
| | | | GB (EP) 0562890 | | | | 29/03/1993 |
| | | | HK 1005009 | | | | 29/03/1993 |
| | | | IE (EP) 0562890 | | | | 29/03/1993 |
| | | | IT (EP) 0562890 | | | | 29/03/1993 |
| | | | LU (EP) 0562890 | | | | 29/03/1993 |
| | | | NL (EP) 0562890 | | | | 29/03/1993 |

Subject to US FRE 408 (or equivalent local regulation)

12/02/2018

| Family | Patent Owner | Exemplary Patent | Family Members | Claim(s) | Illustrative sections of the standard | ETSI Declaration | Filing date |
|---|---|---|---|---|---|---|---|
| ORA064 | 3G Licensing | EP 0960542 | | 1 | 3GPP TS 131 101 V7.0.1 (Sections 1)<br>3GPP TS 131 102 V7.13.0 (Sections 1, 5.1.1.1)<br>3GPP TS 121 111 V7.1.0 (Sections 6.1)<br>3GPP TS 102 221 V7.4.0 (Sections 4.2, 8.1, 8.2.2, 8.4.1, 8.4.3, 11.1.3.1, 11.1.3.2, 11.1.5.1 11.1.5.2; Figures 8.1, 8.2) | ISLD-201011-001<br>ISLD-201011-002<br>ISLD-201011-003<br>ISLD-201011-004 | 19/01/1998 |
| | | | AU 729163 | | | | 19/01/1998 |
| | | | CA 2280150 | | | | 19/01/1998 |
| | | | CN ZL98802464.0 | | | | 19/01/1998 |
| | | | DE (EP) 0960542 | | | | 19/01/1998 |
| | | | ES (EP) 0960542 | | | | 19/01/1998 |
| | | | FR (EP) 0960542 | | | | 19/01/1998 |
| | | | GB (EP) 0960542 | | | | 19/01/1998 |
| | | | GB 2322045 | | | | 11/02/1997 |
| | | | IT (EP) 0960542 | | | | 19/01/1998 |
| | | | JP 4357596 | | | | 19/01/1998 |
| | | | US 6856818 | | | | 19/01/1998 |
| ORA065 | 3G Licensing | EP 1921855 | | 1 | 3GPP TS 23.228 V8.12.0 (Sections 4.0, 4.16.1, 4.16.2, 5.4.4, 5.10.3, 5.10.3.0; Figure E.2; Annex E, E.2.1a, E.2.1a.1, E.2.1a.2, E.2.4, E.2.4.0, E.2.4.1, )<br>3GPP TS 23.060 V8.9.0 (Sections 5.1, 5.4.6, 5.3.8, 9.2.3.3; Figure 1, 72b)<br>3GPP TS 23.401 V 8.17.0 (Section 4.7, 4.7.1, 4.7.2.2, Figure 4.7.2.2-1) | ISLD-201308-029<br>ISLD-201308-030<br>ISLD-201308-031<br>ISLD-201607-002 | 16/10/2001 |
| | | | US 7102663 | | | | 16/10/2001 |
| | | | CN 100466718 | | | | 16/10/2001 |
| | | | CN ZL01818343.3 | | | | 16/10/2001 |
| | | | DE (EP) 1921855 | | | | 16/10/2001 |
| | | | ES (EP) 1921855 | | | | 16/10/2001 |
| | | | FR (EP) 1921855 | | | | 16/10/2001 |
| | | | GB (EP) 1921855 | | | | 16/10/2001 |
| | | | IE (EP) 1921855 | | | | 16/10/2001 |
| | | | IT (EP) 1921855 | | | | 16/10/2001 |
| | | | NL (EP) 1921855 | | | | 16/10/2001 |
| | | | TR (EP) 1921855 | | | | 16/10/2001 |
| | | | US 7995091 | | | | 16/10/2001 |

Subject to US FRE 408 (or equivalent local regulation)

COMPLAINT - EX. 3
PAGE 80