Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., and U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SISVEL INTERNATIONAL S.A., SISVEL US, INC., and 3G LICENSING S.A. <br><br> Defendants. | Case No. 3:20-CV-00494-JLS-NLS <br><br> **JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** <br><br> Judge: Hon. Janis L. Sammartino |

Pursuant to Local Civil Rule 7.2, Plaintiffs and Defendants (together, the "Parties") hereby stipulate to the following and, based thereon, respectfully jointly move this Court for an order approving this stipulation and granting the extension set forth herein:

WHEREAS, on April 7, 2020, the Parties jointly moved for an extension of time to respond to the Complaint (Dkt. No. 15);

WHEREAS, on April 21, 2020, the Court granted the Parties' motion, extending the time for Defendants to respond to the Complaint to July 16, 2020 (Dkt. No. 16);

WHEREAS, the Parties continue to be engaged in settlement negotiations and are continuing to make progress toward a final resolution;

WHEREAS, the Parties agree that an extension of thirty days would provide sufficient time for the Parties to continue to negotiate and try to finalize the terms of an agreement;

WHEREAS, good cause exists for the extension under Local Civil Rule 12.1, as an extension would further the interest of judicial economy by allowing the Parties to attempt to resolve this matter without significant use of judicial resources, and is reasonable, particularly considering the Parties' advanced negotiations.

THEREFORE, the parties hereby agree and STIPULATE that:

1. All Defendants shall move to dismiss or otherwise respond to the Complaint on or before August 17, 2020.

**IT IS SO STIPULATED.**

Dated: July 7, 2020

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorney for Defendants*

/s/ *Stephen S. Korniczky*
Stephen S. Korniczky (SBN 135532)
skorniczky@sheppardmullin.com
Ericka Schulz (SBN 246667)
eschulz@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

Dated: July 7, 2020

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2020, I filed the foregoing document and its attached ancillaries with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system, which will serve electronic notification of this filing to all counsel of record.

Dated:   July 7, 2020

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:   (650) 461-5700

*Attorney for Defendants*