# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG; U-BLOX SAN DIEGO, INC.; and U-BLOX AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SISVEL INTERNATIONAL S.A.; SISVEL US, INC.; and 3G LICENSING S.A.,<br><br>Defendants. | Case No.: 20-CV-494 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>(ECF No. 17) |

Presently before the Court is the Parties' Joint Motion to Extend Time for Defendants to Respond to the Complaint (ECF No. 17). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, Defendants shall respond to the Complaint <u>on or before August 17, 2020</u>.

**IT IS SO ORDERED.**

Dated: July 8, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge