UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG; U-BLOX SAN DIEGO, INC.; and U-BLOX AMERICA, INC., <br><br>                                 Plaintiffs,<br><br>v.<br><br>SISVEL INTERNATIONAL S.A.; SISVEL US, INC.; and 3G LICENSING S.A.,<br><br>                                 Defendants. | Case No.: 20-CV-494 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>(ECF No. 21) |

Presently before the Court is the Parties' Joint Motion to Extend Time for Defendants to Respond to the Complaint (ECF No. 21). The Parties request the additional time so that they may continue settlement negotiations. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, Defendants shall respond to the Complaint <u>on or before September 30, 2020</u>.

**IT IS SO ORDERED.**

Dated: September 9, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge