SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
ERICKA J. SCHULZ, Cal Bar No. 246667
eschulz@sheppardmullin.com
ERIC K. GILL, Cal Bar No. 292548
egill@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

DANIEL L. BROWN
dlbrown@sheppardmullin.com
30 Rockefeller Plaza, 39th Fl.
New York, New York 10112
Telephone: 212.634.3095
Facsimile: 212.653.8701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SISVEL INTERNATIONAL S.A., SISVEL US, INC., and 3G Licensing S.A. <br><br> Defendants. | **Case No. 20-cv-00494-JLS-NLS** <br><br> **JOINT MOTION FOR DISMISSAL** <br><br> Judge: Hon. Janis L. Sammartino |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs u-blox AG; u-blox San Diego, Inc.; and u-blox America, Inc. (collectively "u-blox"), and Defendants Sisvel International S.A., Sisvel US, Inc., and 3G Licensing S.A. (collectively "Sisvel"), through their counsel of record, hereby jointly move the Court to dismiss all claims <u>with</u> prejudice, each party bearing its own fees and costs.

Dated: September 25, 2020

| SULLIVAN & CROMWELL LLP | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|---|---|
| */s/ Laura Kabler Oswell* | */s/ Stephen S. Korniczky* |
| LAURA KABLER OSWELL<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Telephone: 650.461.5600<br>Facsimile: 650.461.5700<br><br>*Attorney for Defendants Sisvel International S.A., Sisvel US, Inc., and 3G Licensing S.A.* | STEPHEN S. KORNICZKY<br>MARTIN R. BADER<br>ERICKA J. SCHULZ<br>ERIC K. GILL<br>12275 El Camino Real, Suite 200<br>San Diego, California 92130-2006<br>Telephone: 858.720.8900<br>Facsimile: 858.509.3691<br><br>DANIEL L. BROWN<br>(Admitted *Pro Hac Vice*)<br>30 Rockefeller Plaza, 39th Fl.<br>New York, New York 10112<br>Telephone: 212.653.8700<br>Facsimile: 212.653.8701<br><br>*Attorneys for Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.* |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for Sisvel International S.A., Sisvel US, Inc., and 3G Licensing S.A., and I have obtained Laura Kabler Oswell authorization to affix her electronic signature to this document.

Dated:  September 25, 2020

By  */s/ Stephen S. Korniczky*
      Stephen S. Korniczky