UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SISVEL INTERNATIONAL S.A., SISVEL US, INC., and 3G Licensing S.A.,<br><br>Defendants. | Case No.: 20-CV-494 JLS (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 23) |

Presently before the Court is the Parties' Joint Motion to Dismiss Action with Prejudice (ECF No. 23). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2020

Hon. Janis L. Sammartino
United States District Judge